CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERMAN ABRAMS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PORT AUTHORITY TRANS-HUDSON : <br> CORPORATION, et al., : <br> : <br> Defendants. : <br> : | **Civil Action No. 07-4975 (SRC)** <br><br> **ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on Defendants' motion for summary judgment on the Thirteenth Count of the Complaint [docket entry 30]; and Plaintiff having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having opted to rule based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 23rd day of September, 2010,

**ORDERED** that Defendants' motion for summary judgment on the Thirteenth Count of the Complaint [docket entry 30] be and hereby is **GRANTED**; and it is further

**ORDERED** that summary judgment in favor of Defendants be and hereby is **GRANTED** as to Plaintiff's claim under 42 U.S.C. § 1983 for violation of his First Amendment rights based on retaliation for the exercise of his right to free speech and to petition the government; and it is

further

  **ORDERED** that this action be and hereby is **CLOSED**.

                 s/Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge